Clarice Tuck
1600 E. Vista Way #110
Vista, CA 92084
Ph: 760-724-9439

In Pro Se

**FILED**
JUN 23 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARICE TUCK, | CASE NO: 15CV1376 JLS JLB |
| Plaintiff, | |
| vs. | CONSUMER NOTICE OF DISPUTE OF DEBT |
| GUARDIAN PROTECTION SERVICES, INC CHARLES D. SCHOLZ Division Council, Does 1-25, | |
| Defendants, | |

### CONSUMER NOTICE OF DISPUTE OF DEBT

COMES NOW, CLARICE E. TUCK, pursuant to 15 U.S.C. §1692g, Fair Debt Collection Practices Act(F.D.C.P.A.) hereby disputes the alleged $1,288.26 debt the Defendant claims that I the Plaintiff CLARICE E. TUCK owes in the above-entitled matter.

**THEREFORE,** this <u>NOTICE shall be deemed a request/demand for "verification" and debt validation request as defined by 15 U.S.C. §1692(g) (1) (2) (5) (b)</u>, and California Consumer Protection Statutes/Laws.

Plaintiff CLARICE TUCK hereby requests validation pursuant to 15 U.S.C. 1692 *et seq*.

SPECIFICALLY, I dispute as to the identity of the true owner(s) (if any) of this same alleged $1,288.26 dollar debt, the alleged $1,288.26 amount due and owing, I dispute all signatures on the Defendant's unauthenticated hearsay documents, and the Defendant's alleged authority and capacity to collect and/or sue on behalf of the same. The Defendant's in the above-entitled case are "debt collectors" as that term is defined by 15 U.S.C. 1692a(3).

1  GUARDIAN PROTECTION SERVICES, INC. is attempting to collect a
2  "household debt" as that is defined by 15 U.S.C. §1692a(5).
3  **LASTLY**, Plaintiff CLARICE TUCK upon viewing my consumer credit reports whereby
4  it was revealed that the Defendant's are reporting an alleged negative report in the amount of
5  $1,288.26.
6  I, CLARICE TUCK, hereby request the Defendant to delete the inaccurate information
7  immediately pursuant to 15 U.S.C. §1681 et, al.
8  Parties must comply with the requests herein in a timely manner and completely.
9  Failure to provide the above-requested documentation will result in the Plaintiff CLARICE TUCK
10 filing a claim for all damages and all court costs accordingly.
11
12 Dated: 6-23-15
13
14                                  _Clarice E. Tuck_
15                                   CLARICE E. TUCK
16
17
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

CONSUMER NOTICE OF DISPUTE OF DEBT    Conformed Copy                    PAGE 2