UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARICE TUCK,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GUARDIAN PROTECTION SERVICES, INC.; CHARLES D. SCHOLZ Division Council; and DOES 1-25,<br><br>　　　　　　　　　　　Defendants. | Case No.: 15-CV-1376 JLS (JLB)<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>(ECF No. 8) |

　　　Presently before the Court is Defendants' Motion to Dismiss for Failure to State a Claim. (ECF No. 8.) A hearing on the Motion is scheduled for October 29, 2015 at 1:30 p.m. Plaintiff **SHALL FILE** a response on or before October 8, 2015. Defendants **SHALL FILE** a reply, if any, on or before October 15, 2015.

　　　**IT IS SO ORDERED.**

Dated: September 22, 2015

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge