Clarice Tuck
1600 E. Vista Way #110
Vista, CA 92084
Ph: 760-724-9439

<u>Plaintiff In Pro Se</u>

FILED
Oct 13 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ jessicao    DEPUTY

NUNC PRO TUNC
10/8/2015

# IN THE UNITED STATED DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARICE TUCK, | CIVIL ACTION NO. 15CV1376 JLS JLB |
| Plaintiff, | PLAINTIFF MOTION TO EXTEND TIME Fed.Civ.R 6(b)(B) |
| vs. | FOR EXCUSABLE NEGLECT FOR TIME TO OPPOSE DEFENDANT'S MOTION |
| GUARDIAN PROTECTION SERVICES, INC. CHARLES D. SCHOLZ, Division Council, DOES 1-25, | TO DISMISS 12B6 FOR FAILURE TO STATE A CLAIM AND RESET CASE MANAGEMENT CONFERENCE |
| Defendant's, | |

Comes now, CLARICE TUCK, Plaintiff In Pro Se in the above-entitled case does timely move this honorable court for a motion to extend time to respond pursuant to Fed.Civ.R. 6(b)(B), Fed. Civ.R.7(b)[1].

I, CLARICE TUCK, the Plaintiff in the above-entitled case was to file my Opposition to Defendants's Motion to Dismiss for Failure to State a Claim 12B6 *by October 8, 2015* <u>by order of the court</u>. I, the Plaintiff, would now timely request the honorable court to extend out my time to file my Opposition to Defendant's Motion to Dismiss for Failure to State a Claim 12B6 to the date of November 13, 2015, and further requests the court's scheduling calendar be adjusted as the court deems proper.

I, CLARICE TUCK the Plaintiff am almost 87 years old and I am asking the assistance of my son (Roy Tuck) in the preparation of these filings.

---

[1] **Rule 6. Computing and Extending Time; Time for Motion Papers**
 **(b) Extending time.**

(B) on motion made after the time has expired if the party failed to act due to excusable neglect.

OCT 0 8 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

Page 1

*Court Copy*

Attached hereto and incorporated herein by reference is a brief in support of this Motion to Extend Time, with a detailed prayer for specific relief requested.

_____
CLARICE TUCK

## PLAINTIFF'S MOTION TO EXTEND TIME
## NOTICE OF HEARING
### Federal Civil Rule R.7

Unless this court deems otherwise, this hearing date for said Motion will be set for hearing on Friday November 6, 2015 at 9:00 a.m. and a response hereto will be set for seven (7) days after this hearing date or Friday November 13, 2015.

_____
CLARICE TUCK

## BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME

Plaintiff timely brings this Motion to Extend Time to File her Opposition to Defendant's Motion to Dismiss for Failure to State a Claim 12B6 by November 13, 2015, and to have the hearing on this matter held on November 6, 2015 as ordered by the court. This motion is timely, not meant to delay nor cause any prejudice or harm to another party.

## ARGUMENT IN LAW

### 1. Fed.Civ.R.6(b)(B) states:

Computing and Extending Time; Time for Motion Papers;(b) Extending Time; (B) on motion made after the time has expired in if the party failed to act because of excusable neglect. Plaintiff if elderly and is in need of her sons assistance in preparing filings.

## PRAYER

Plaintiff respectfully moved this honorable court to grant Plaintiff's Motion to Extend Time because of excusable neglect as a "matter of law"

Signed this ____ day of October 2015        Respectfully submitted,

_____
CLARICE TUCK Plaintiff "In Pro Se"

|     | **PROOF OF SERVICE** |
| --- | --- |
| 1   |    |
| 2   | The undersigned declares as follows: |
| 3   |     I am a resident of the County of San Diego, State of California, and at the time of service I was over 18 years of age and not a party to this action. My address is |
| 4   | 1600 E. Vista Way, #85, Vista, CA 92084 |
| 5   |    |
| 6   | On October 8, 2015   I served the following document (s) described as: |
| 7   | PLAINTIFF's MOTION TO EXTEND TIME |
| 8   | I served the documents on the persons below, as follows:<br>Robert M. Linn (SBN 190387) |
| 9   | 625 Liberty Avenue<br>Pittsburg, PA 15222-3152 |
| 10  | rlinn@cohenlaw.com<br>412-297-4900 |
| 11  | 412-209-0672 (fax) |
| 12  |   X   (BY MAIL) I placed said document(s) in a sealed envelope, with postage thereon fully prepaid for first class mail, and placed such envelope in the United States mail at Sonoma County, California. |
| 13  |    |
| 14  | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 15  |    |
| 16  | Date: October 8, 2015 at Vista, California. |
| 17  |    |
| 18  | Roy Tuck<br>(Type or Print Name of Declarant)          (Signature of Declarant) |