# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARICE TUCK,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GUARDIAN PROTECTION SERVICES, INC.; CHARLES D. SCHOLZ Division Council; and DOES 1-25,<br><br>　　　　　　　　　　Defendants. | Case No.: 15-CV-1376 JLS (JLB)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME**<br><br>(ECF No. 11) |

　　　Presently before the Court is Plaintiff's Motion to Extend Time Fed.Civ.R. 6(b)(B) for Excusable Neglect for Time to Oppose Defendant's Motion to Dismiss 12b6 for Failure to State a Claim and Reset Case Management Conference.  (ECF No. 11.)  Good cause appearing, the Court **GRANTS** the Motion.  Accordingly, the hearing on the Motion presently scheduled for October 29, 2015 is **HEREBY CONTINUED** to December 17, 2015 at 1:30 p.m.  Plaintiff **SHALL FILE** a response on or before November 13, 2015. Defendants **SHALL FILE** a reply, if any, on or before December 3, 2015.

　　　**IT IS SO ORDERED.**

Dated: October 13, 2015

　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge