# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE   Janis L. Sammartino

| | |
|---|---|
| FROM:  A. Corsello, Deputy Clerk | RECEIVED DATE:  November 12, 2015 |
| CASE NO.  15-cv-01376-JLS-JLB | DOC FILED BY:  Clarice Tuck |
| CASE TITLE:  Tuck v. Guardian Protection Services, Inc. et al | |
| DOCUMENT ENTITLED:  Plaintiff's Response to Defendant's Motion to Dismiss and Memorandum of Law | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 7.1 or 47.1 - Lacking memorandum of points and authorities in support as a separate document;

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

Date Forwarded:   November 13, 2015

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☒ | The document is to be filed nunc pro tunc to date received. |
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:   November 18, 2015            CHAMBERS OF:  Janis L. Sammartino

cc: All Parties                By:  /s/ SAD