UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARICE TUCK,<br><br>                                    Plaintiff,<br><br>v.<br><br>GUARDIAN PROTECTION SERVICES,<br>INC.; CHARLES D. SCHOLZ Division<br>Council; and DOES 1-25,<br><br>                                    Defendants. | Case No.:  15-CV-1376 JLS (JLB)<br><br>**ORDER DENYING AS MOOT<br>MOTION TO DISMISS AND<br>VACATING HEARING**<br><br>(ECF No. 8) |

Presently before the Court is Defendants Guardian Protection Services, Inc. and Charles D. Scholz's Motion to Dismiss for Failure to State a Claim.  (ECF No. 8.)  After Defendants filed their Motion to Dismiss, Plaintiff Clarice Tuck filed her Amended Complaint.  (ECF No. 16.)  In light of Plaintiff's Amended Complaint, the Court **DENIES AS MOOT** Defendants' Motion to Dismiss.  Accordingly, the hearing on the motion, previously set for December 17, 2015, is hereby **VACATED**.

   **IT IS SO ORDERED.**

 Dated:  November 19, 2015

Hon. Janis L. Sammartino
United States District Judge

1