Robert M. Linn (State Bar # 190387)
rlinn@cohenlaw.com
COHEN & GRIGSBY, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152
Phone: (412) 297-4900
Fax: (412) 209-0672

Attorneys for Defendant
Guardian Protection Services, Inc.

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARICE TUCK, | CASE NO. 15-CV-1376-JLS(JLB) |
| Plaintiff, | |
| v. | **NOTICE OF MOTION TO STRIKE** |
| GUARDIAN PROTECTION SERVICES, INC., | |
| Defendant. | Date: January 21, 2016<br>Time: 1:30 p.m.<br>Ctrm: 4A<br>Judge: Hon. Janis L. Sammartino |

Defendant Guardian Protection Services, Inc. ("Defendant"), by and through its attorneys, Cohen & Grigsby, P.C., files the following Notice of Motion to Strike in this action filed by Plaintiff Clarice Tuck ("Plaintiff"). Oral argument on this Motion has been scheduled for Thursday, January 21, 2016 at 1:30 PM in Courtroom 4A.

Dated: December 3, 2015

-1-

Respectfully submitted,

COHEN & GRIGSBY, P.C.

By: s/ Robert M. Linn
Robert M. Linn (SBN 190387)
625 Liberty Avenue
Pittsburgh, PA 15222-3152
rlinn@cohenlaw.com
(412) 297-4900
(412) 209-0672 (fax)

Attorneys for Defendant
Guardian Protection Services, Inc.

2196247.v1

Clarice Tuck v. Guardian Protection Services, Inc.
United States District Court Case No. 15-CV-1376-JLS(JLB)

# **CERTIFICATE OF SERVICE**

I, Robert M. Linn, hereby certify that I caused to be served upon the Plaintiff a copy of the following document:

- **NOTICE OF MOTION TO STRIKE**

via U.S. Mail, First Class, at Plaintiff's last reported address as follows:

Clarice Tuck
1600 E. Vista Way #110
Vista, CA 92084

Executed on **December 3, 2015**, in Pittsburgh, Pennsylvania.

                                            s/ Robert M. Linn
                                              Robert M. Linn

1  Robert M. Linn (State Bar # 190387)
   rlinn@cohenlaw.com
2  COHEN & GRIGSBY, P.C.
   625 Liberty Avenue
3  Pittsburgh, PA 15222-3152
   Phone: (412) 297-4900
4  Fax: (412) 209-0672

5  Attorneys for Defendant
   Guardian Protection Services, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARICE TUCK, | CASE NO. 15-CV-1376-JLS(JLB) |
| Plaintiff, | |
| v. | **MOTION TO STRIKE** |
| GUARDIAN PROTECTION SERVICES, INC., | Date: January 21, 2016<br>Time: 1:30 p.m.<br>Ctrm: 4A<br>Judge: Hon. Janis L. Sammartino |
| Defendant. | |

Defendant Guardian Protection Services, Inc. ("Defendant"), by and through its attorneys, Cohen & Grigsby, P.C., files the following Motion to Strike in this action filed by Plaintiff Clarice Tuck ("Plaintiff").

1. For all of the reasons set forth in Defendant's Memorandum of Points and Authorities in Support of Motion to Strike, filed contemporaneously herewith, Plaintiff's Amended Complaint contains immaterial and impertinent matter.

-1-

MOTION TO STRIKE                                                15-CV-1376-JLS(JLB)

Accordingly, Defendant respectfully requests that this Honorable Court enter the attached order striking paragraph 12 and Exhibits F, F-1, F-2, and F-3 from Plaintiff's Amended Complaint.

Dated: December 3, 2015

                                      Respectfully submitted,

                                      COHEN & GRIGSBY, P.C.

                                      By: s/ Robert M. Linn
                                      Robert M. Linn (SBN 190387)
                                      625 Liberty Avenue
                                      Pittsburgh, PA 15222-3152
                                      rlinn@cohenlaw.com
                                      (412) 297-4900
                                      (412) 209-0672 (fax)

                                      Attorneys for Defendant
                                      Guardian Protection Services, Inc.

2196218.v1

MOTION TO STRIKE                                                                                15-CV-1376-JLS(JLB)

Clarice Tuck v. Guardian Protection Services, Inc.
United States District Court Case No. 15-CV-1376-JLS(JLB)

# **CERTIFICATE OF SERVICE**

I, Robert M. Linn, hereby certify that I caused to be served upon the Plaintiff a copy of the following document:

- **MOTION TO STRIKE**

via U.S. Mail, First Class, at Plaintiff's last reported address as follows:

Clarice Tuck
1600 E. Vista Way #110
Vista, CA 92084

Executed on **December 3, 2015**, in Pittsburgh, Pennsylvania.

                                        s/ Robert M. Linn
                                        Robert M. Linn