1 | Robert M. Linn (State Bar # 190387)
rlinn@cohenlaw.com
2 | COHEN & GRIGSBY, P.C.
625 Liberty Avenue
3 | Pittsburgh, PA 15222-3152
Phone: (412) 297-4900
4 | Fax: (412) 209-0672

5 | Attorneys for Defendant
6 | Guardian Protection Services, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARICE TUCK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GUARDIAN PROTECTION<br>SERVICES, INC.,<br><br>　　　　　Defendant. | CASE NO. 15-CV-1376-JLS(JLB)<br><br>**NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>Date:　January 21, 2016<br>Time:　1:30 p.m.<br>Ctrm:　4A<br>Judge:　Hon. Janis L. Sammartino |

Defendant Guardian Protection Services, Inc. ("Defendant"), by and through its attorneys, Cohen & Grigsby, P.C., files the following Notice of Motion to Dismiss for Failure to State a Claim in this action filed by Plaintiff Clarice Tuck ("Plaintiff"). Oral argument on this Motion has been scheduled for Thursday, January 21, 2016 at 1:30 PM in Courtroom 4A.

-1-

Dated: December 3, 2015

                                    Respectfully submitted,

                                    COHEN & GRIGSBY, P.C.

                                    By: s/ Robert M. Linn
                                    Robert M. Linn (SBN 190387)
                                    625 Liberty Avenue
                                    Pittsburgh, PA 15222-3152
                                    rlinn@cohenlaw.com
                                    (412) 297-4900
                                    (412) 209-0672 (fax)

                                    Attorneys for Defendant
                                    Guardian Protection Services, Inc.

2196135.v1

Clarice Tuck v. Guardian Protection Services, Inc.
United States District Court Case No. 15-CV-1376-JLS(JLB)

# **CERTIFICATE OF SERVICE**

I, Robert M. Linn, hereby certify that I caused to be served upon the Plaintiff a copy of the following document:

- **NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

via U.S. Mail, First Class, at Plaintiff's last reported address as follows:

Clarice Tuck
1600 E. Vista Way #110
Vista, CA 92084

Executed on **December 3, 2015**, in Pittsburgh, Pennsylvania.

                                                         s/ Robert M. Linn
                                                         Robert M. Linn

Robert M. Linn (State Bar # 190387)
rlinn@cohenlaw.com
COHEN & GRIGSBY, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152
Phone: (412) 297-4900
Fax: (412) 209-0672

Attorneys for Defendant
Guardian Protection Services, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARICE TUCK,<br><br>              Plaintiff,<br><br>       v.<br><br>GUARDIAN PROTECTION<br>SERVICES, INC.,<br><br>              Defendant. | CASE NO. 15-CV-1376-JLS(JLB)<br><br>**MOTION TO DISMISS FOR**<br>**FAILURE TO STATE A CLAIM**<br><br>Date:   January 21, 2016<br>Time:   1:30 p.m.<br>Ctrm:   4A<br>Judge:  Hon. Janis L. Sammartino |

Defendant Guardian Protection Services, Inc. ("Defendant"), by and through its attorneys, Cohen & Grigsby, P.C., files the following Motion to Dismiss for Failure to State a Claim in this action filed by Plaintiff Clarice Tuck ("Plaintiff").

1. For all of the reasons set forth in Defendant's Memorandum of Points and Authorities in Support of Motion to Dismiss for Failure to State a Claim, filed contemporaneously herewith, Plaintiff's Complaint fails to state a claim upon which

-1-

| | |
|---|---|
| 1 | relief can be granted.  Accordingly, Defendant respectfully requests that this |
| 2 | Honorable Court enter the attached order dismissing Plaintiff's Amended Complaint, |
| 3 | with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6). |
| 4 | |
| 5 | |
| 6 | Dated: December 3, 2015 |

Respectfully submitted,

COHEN & GRIGSBY, P.C.

By: s/ Robert M. Linn
Robert M. Linn (SBN 190387)
625 Liberty Avenue
Pittsburgh, PA 15222-3152
rlinn@cohenlaw.com
(412) 297-4900
(412) 209-0672 (fax)

Attorneys for Defendant
Guardian Protection Services, Inc.

2196132.v1

-2-

Clarice Tuck v. Guardian Protection Services, Inc.
United States District Court Case No. 15-CV-1376-JLS(JLB)

# CERTIFICATE OF SERVICE

I, Robert M. Linn, hereby certify that I caused to be served upon the Plaintiff a copy of the following document:

- **MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

via U.S. Mail, First Class, at Plaintiff's last reported address as follows:

Clarice Tuck
1600 E. Vista Way #110
Vista, CA 92084

Executed on **December 3, 2015**, in Pittsburgh, Pennsylvania.

                                        s/ Robert M. Linn
                                        Robert M. Linn