# EXHIBIT A

# AMP | SECURITY

1261 S 820 E #300, AMERICAN FORK, UT 84003
PHONE: 801-734-7070 • FAX: 801-356-6601

000180891

☐ NEW SYSTEM  ☐ TAKEOVER   AMP ACCOUNT # 290963

CA

Guardian LIC # ACO 6484; ACO 5392, AMP LIC # ACO 6814
Regulated by the Bureau of Security and Investigative
Services, Department of Consumer Affairs, P.O. Box 989002,
West Sacramento, CA 95798-9002 (1-800-952-5210)
AMP LIC # 982163. Regulated by the California Contractors
State License Board, 8821 Business Park Drive,
Sacramento, CA 95827 (1-800-321-2752)

## AUTHORIZED DEALER MONITORING AND REPAIR AGREEMENT (MRA) AND RETAIL INSTALLMENT CONTRACT

### A) CUSTOMER INFORMATION

THIS AGREEMENT is made this **29** day of **July**, 20 **13** by and between Alarm Monitoring Protection, Inc. ("AMP")
and **Clarice B. Tuck**
("Customer") for services to be performed at Street **1600 E. Vista Way Unit 110**
City **Vista**   State **CA**  Zip **92084**  County **San Diego**
Twp/Boro **760-724-9439**   ("the Premises"). This Agreement may be assigned to Guardian Protection Services, Inc. ("Guardian"). AMP and Guardian are sometimes referred to as "Company", "We", "Us" or "Our". Customer is sometimes referred to as "You" or "Your".
Email **Bettytuck@yahoo.com**

If the initial services will be subcontracted, the subcontractor's information is set forth below:
Name: _____  Physical Address: _____  Tel. No.: _____  License No.: _____

### B) INSTALLATION AND MONITORING SERVICE TYPES (CHECK AND/OR INITIAL ALL THAT APPLY) (the "System")

COMMUNICATION:  ☐ Landline  ☒ Cellular (Alarmnet) X **CT**
ADDITIONAL SERVICES: ☒ 2-Way Voice  ☒ Total Connect  ☐ T.C. Plus  ☒ Z Wave Automation X **CT**  ☐ Z Wave Enhanced X ___
☐ Guard Response X ___  ☐ Carbon Monoxide X ___  ☐ Video Cameras (Not Monitored, No Repair) X ___
(Camera System limited warranty is 90 days only)

By initialing above, You acknowledge receiving and reading the appropriate terms and conditions in Sections 2 and 3 and/or Addenda to this Agreement. You agree that you have designed and chosen the System and You understand that additional or different protection may be available for a higher price.

### C) ONE TIME AND RECURRING FEES

You agree to pay AMP and/or Guardian the following fees as indicated below:

#### I) ONE TIME FEES | II) MONTHLY FEES

| ACTIVATION: $199.00   1.39 | ☐ ACT/3M | MONTHLY SERVICE FEE: $59.00  57.99 |
| V.I.P. SERVICE PLAN: $149.00 ⊘ $25 service call deductible according to section 3. | | OTHER: $ |
| INSTALLATION & EQUIPMENT: $ ⊘  See Authorized Dealer Sales and Installation Agreement ("SIA") for details | | OTHER: $ |
| PERMIT FEE: $ ⊘ | | TAXES: $ ⊘ |
| TOTAL ONE TIME FEES: $ 159.00 | | TOTAL MONTHLY SERVICE FEE: $ 57.99 |

III) ADDITIONAL TERMS PERTAINING TO FEES: 1) The One Time Fees are payable upon installation to AMP; 2) The Monthly Service Fee is payable each month to Company; 3) All amounts are subject to applicable tax; 4) Your Services are estimated to commence when the Equipment is installed and operational and the necessary communications connection is completed and verified by Us. Substantial commencement of the Agreement shall be deemed to occur from the date of Your first monitoring payment is due, or if later, the date We first provide the Services. To the extent We are required to substantially commence this Agreement within twenty (20) days from the estimated date noted above and we have not, it shall be a violation of the California Alarm Company Act. To the extent permitted by applicable law, if You fail to make any payment when due, We may discontinue installation, monitoring and service, terminate this Agreement and recover any permissible damages; 5) We shall have the right, at any time, to increase the Monthly Service Fee to reflect any additional or increased taxes, licenses, permits, or fees. We may increase the Monthly Service Fee during any renewal term for any other reason pursuant to Section 11. You are entitled to a list of any potential permit fees which may be required. You acknowledge that such fees were made available to You at the time You entered into this Agreement.

### D) TERM AND EARLY TERMINATION

The initial term of this Agreement is 60 months.     Customer Initials **CT**
The initial term commences on the day service begins (or such other date required by applicable law). THIS AGREEMENT WILL AUTOMATICALLY CONTINUE FOR SUCCESSIVE 12 MONTH RENEWAL TERMS UNLESS WE RECEIVE A WRITTEN CANCELLATION NOTICE FROM YOU AT 174 THORN HILL ROAD, WARRENDALE, PA 15086, ATTN: CUSTOMER SERVICE DEPARTMENT, POSTMARKED AT LEAST THIRTY (30) DAYS PRIOR TO THE END OF THE TERM, OR WE OTHERWISE TERMINATE THIS AGREEMENT. If 12 month renewal terms are prohibited in Your state, the Agreement will automatically renew for the longest term permissible under applicable law. If advance notice of any renewal term is required and We do not give You such notice, this Agreement shall renew on a month-to-month basis. State law may grant You additional cancellation rights.

### E) BILLING

You agree to pay the Monthly Service Fee in advance on the first day of each billing cycle; provided that Your first payment is not due until the later of installation or activation. If You elect a method other than Monthly Auto Debit or Monthly Credit/Debit, You agree that the Monthly Service Fee will be increased by $2. Automatic payments are subject to additional terms and conditions; please visit http://www.guardianezpay.com. If "Bill To" address is different than Premises address, please indicate same in "Special Conditions" blanks below. You agree to pay the Monthly Service Fee as follows (check one):

☒ I) Monthly Auto Debit: Checking Acct #: **Firemans credit union 000908477004**   ABA#: **3,2,1,9,7,8,1,3,4,1,1**
☐ II) Monthly Credit/Debit: ☐ Visa ☐ MC ☐ Dis ☐ AmEx  Name on CC: ____
  Acct#: _____   Exp: ____   Security Code: ____
☐ III) Other: ____

### F) OFFICE ONLY INFORMATION

| CIRCUIT# | Work Start Date: |
| CUST# | Work Completion Date: |
| SITE# | Score: |
| Approval Code | Dealer |

### G) SPECIAL CONDITIONS

### H) FINANCIAL DISCLOSURE STATEMENT:

THERE IS NO FINANCE CHARGE OR COST OF CREDIT (0% APR) ASSOCIATED WITH THIS CONTRACT

| A. NUMBER OF PAYMENTS FOR THE INITIAL TERM IS 60. | B. AMOUNT OF EACH PAYMENT IS $ 57.99 (TOTAL MONTHLY SERVICE FEE IN SECTION C(II)) | TOTAL OF PAYMENTS FOR THE INITIAL TERM IS $ 3479.40 (A TIMES B.) (EXCLUSIVE OF ANY APPLICABLE TAXES, FEES, FINES AND RATE INCREASES.) |

SEE SECTIONS 9 AND 11 OF THIS MRA FOR ADDITIONAL INFORMATION ABOUT NON-PAYMENT, DEFAULT, AND RATE INCREASES.

PREPAYMENT: IF YOU PREPAY THE TOTAL OF PAYMENTS PRIOR TO THE END OF THE INITIAL TERM OF THIS MRA, THERE IS NO PENALTY OR REFUND.

LATE CHARGE: PAYMENT OF YOUR FIRST BILL/CHARGE WILL BE DUE IN ACCORDANCE WITH SECTION C AND E ABOVE. WE MAY IMPOSE A ONE-TIME LATE CHARGE ON EACH PAYMENT THAT IS MORE THAN THIRTY (30) DAYS PAST DUE, UP TO THE MAXIMUM AMOUNT PERMITTED BY LAW, BUT IN NO EVENT WILL THIS AMOUNT EXCEED $5.00.

### I) SEVEN DAY ORIENTATION PERIOD

Studies have shown that a high number of new alarm system owners have false dispatches when they first have their system installed. In order for You to become more familiar with Your System without fear that the police will be dispatched, Guardian has implemented a "7 Day Customer Orientation Period". We encourage You to use this time to practice and train others to use the System (cleaners, babysitters, temporary help). FOR 7 DAYS YOUR SECURITY SYSTEM WILL BE IN A SUSPENDED MODE. WE WILL NOT DISPATCH AUTHORITIES FOR INTRUSION OR PANIC ALARMS, BUT WILL ONLY CALL YOUR PREMISES TO DETERMINE IF ASSISTANCE IS NEEDED. Your System will go on line for live dispatch seven (7) days following the activation of the System in our Central Monitoring Center (the "Center").

### J) PERMITS

The city or county in which Your premises is located may require that You obtain a permit for the use and monitoring of an alarm system. Local authorities may not respond to alarm notifications until all permits or licenses for use of the alarm system have been obtained, and therefore We may not begin monitoring until You have obtained, at Your expense, all necessary permits or licenses, and provided Us with the license or permit number. The permit fee is subject to change based on local law.

### K) NOTICE OF CANCELLATION

YOU MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. PLEASE SEE THE ATTACHED NOTICE OF CANCELLATION FORM. IN ADDITION, YOU MAY HAVE ADDITIONAL CANCELLATION RIGHTS WITH RESPECT TO THE SERVICES.

### L) SIGNATURES

NOTICE TO BUYER: DO NOT SIGN THIS MRA BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES TO BE FILLED IN. YOU ARE ENTITLED TO RECEIVE A COMPLETELY FILLED-IN COPY OF THIS MRA SIGNED BY US BEFORE ANY WORK MAY BE DONE. TO THE EXTENT YOU AUTHORIZE WORK TO BE PERFORMED PRIOR TO RECEIVING A WRITTEN COPY OF THIS AGREEMENT, YOU ACKNOWLEDGE THAT DOING SO WAS AS A CONVENIENCE TO YOU AND YOUR ONLY RECOURSE IS TO ASK US TO DELIVER A WRITTEN COPY OF THE AGREEMENT TO YOU PROMPTLY UPON RECEIVING SUCH REQUEST.

BY: **Cliff Cockerill**      X **Clarice B. Tuck**       **11-23-1928**   **7-29-13**
COMPANY REPRESENTATIVE (PRINT NAME)   CUSTOMER SIGNATURE   DATE OF BIRTH   DATE OF TRANSACTION

_____  _____   _____   _____
COMPANY REPRESENTATIVE SIGNATURE   CUSTOMER SIGNATURE   DATE OF BIRTH   DATE OF TRANSACTION

WHITE: COMPANY   YELLOW: CUSTOMER   PINK: CUSTOMER       CP-GP-AMP-3228 Dealer 4/13

---

NOTICE OF CANCELLATION of Authorized Dealer Monitoring and Repair Agreement and Authorized Dealer Sales and Installation Agreement. RECEIPT OF THIS FORM ACKNOWLEDGED BY: **Customer**   **7-29-13**

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS from the above date. If You cancel, any property traded in, any payments made by You under the contract or sale, and any negotiable instrument executed by You will be returned within TEN BUSINESS DAYS following receipt by Us of Your cancellation notice, and any security interest arising out of the transaction will be cancelled. If You cancel, You must make available to Us at Your residence, in substantially as good condition as when received, any goods delivered to You under this contract or sale, or You may, if You wish, comply with Our instructions regarding the return shipment of the goods at Our expense and risk. If You do make the goods available to Us and We do not pick them up within twenty (20) days of the date of Your Notice of Cancellation, You may retain or dispose of the goods without any further obligation. If You fail to make the goods available to Us, or if You agree to return the goods to Us and fail to do so, then You remain liable for performance of all obligations under the contract. To cancel this transaction, mail or deliver a signed and dated copy of this Notice of Cancellation or any other written notice, or send a telegram, to AMP Security, LLC, 1261 S 820 E #300, AMERICAN FORK, UTAH 84003, FAX: 801-356-6601, NOT LATER THAN MIDNIGHT OF **Aug 1st 2013** (date). AMP ACCOUNT # **290963**

I HEREBY CANCEL THIS TRANSACTION: _____   _____
CUSTOMER SIGNATURE   DATE

Case 3:15-cv-01376-JLS-JLB   Document 19-2   Filed 12/03/15   Page 3 of 3

## GENERAL TERMS AND CONDITIONS

**1. GUARDIAN IS PARTY TO AGREEMENT UPON ASSIGNMENT.** AMP is an authorized dealer for Guardian. AMP assigns certain customer agreements to Guardian. Upon such assignment, (i) Guardian becomes a party to this Agreement and is afforded all of the rights and protections of AMP hereunder, (ii) Guardian assumes all of Company's duties toward You, as those duties are more fully described below.

**2. LIMITATION OF LIABILITY.** THIS SECTION LIMITS OUR LIABILITY TO $1,000.00 IF YOU OR ANYONE ELSE SUFFERS ANY HARM BECAUSE THE SYSTEM FAILED TO OPERATE PROPERLY OR WE WERE CARELESS OR ACTED IMPROPERLY. YOU AGREE THAT YOU MAY OBTAIN A HIGHER LIMITATION OF OUR LIABILITY BY PAYING AN ADDITIONAL PERIODIC CHARGE TO US AS SET FORTH IN AN ATTACHED RIDER. YOU HAVE SELECTED THE SYSTEM AND SERVICE WITH A FULL UNDERSTANDING OF THEIR LIMITATIONS AND THE LIMITATION OF OUR LIABILITY.

**2.1.** WE ARE NOT AN INSURER. YOU UNDERSTAND THAT (A) WE ARE NOT AN INSURER OF YOUR PROPERTY OR PERSONAL SAFETY; (B) YOU SHOULD INSURE YOUR PREMISES AND ITS CONTENTS; (C) THE AMOUNT YOU PAY TO US AND OUR LIMITED LIABILITY ARE BASED ONLY ON THE VALUE OF THE SYSTEM AND SERVICES; (D) THE SYSTEM AND ALARM RESPONSE MAY NOT ALWAYS OPERATE PROPERLY; (E) IT IS DIFFICULT TO DETERMINE IN ADVANCE (i) THE VALUE OF PROPERTY; (ii) HOW FAST EMERGENCY SERVICES WOULD RESPOND TO AN ALARM SIGNAL; AND (iii) WHAT PORTION OF ANY LOSS OR INJURY WOULD BE CAUSED BY A FAILURE (INCLUDING NEGLIGENCE). TO THE EXTENT PERMITTED BY LAW, AND UNLESS PROHIBITED BY LAW, YOU AGREE THAT OUR LIABILITY SHALL BE LIMITED TO $1,000.00, OR SUCH HIGHER AMOUNT AS IDENTIFIED IN THE SPECIFIC RIDER ATTACHED TO THIS AGREEMENT, AND THAT THIS SHALL BE YOUR ONLY REMEDY REGARDLESS OF WHAT LEGAL THEORY IS USED TO DETERMINE THAT WE WERE LIABLE FOR THE INJURY OR LOSS.

**2.2.** THIRD PARTY INDEMNIFICATION AND SUBROGATION. TO THE EXTENT PERMITTED BY LAW, AND UNLESS PROHIBITED BY LAW, IF ANY PERSON OTHER THAN YOU ASKS US TO PAY FOR DAMAGES, YOU WILL PAY US (A) ANY AMOUNT WHICH A COURT ORDERS US TO PAY OR WHICH WE REASONABLY AGREE TO PAY, AND (B) THE AMOUNT OF OUR REASONABLE ATTORNEYS' FEES AND COSTS. YOUR OBLIGATION TO PAY US SHALL NOT APPLY IF THE DAMAGES OCCUR WHILE ONE OF OUR EMPLOYEES OR SUBCONTRACTORS IS AT YOUR PREMISES AND SOLELY CAUSES SUCH DAMAGE. TO THE EXTENT PERMITTED BY LAW, AND UNLESS PROHIBITED BY LAW, YOU AGREE TO (Y) RELEASE US FROM ANY CLAIMS OF ANY PARTIES SUING THROUGH YOUR AUTHORITY OR IN YOUR NAME (e.g., INSURANCE COMPANY), AND (Z) DEFEND US AGAINST ANY SUCH CLAIM. YOU AGREE TO NOTIFY YOUR INSURANCE COMPANY OF YOUR OBLIGATIONS HEREIN.

**3. LIMITED WARRANTY (V.I.P SERVICE PLAN).**

**3.1.** WHAT IS COVERED: REPAIR OF THE SYSTEM IS OUR ONLY DUTY UNDER THIS LIMITED WARRANTY. WE WILL REPAIR OR REPLACE ANY PART OF THE SYSTEM WE DETERMINE IS DEFECTIVE WITHOUT CHARGE TO YOU USING NEW OR USED PARTS OF THE SAME QUALITY. AFTER THE FIRST 90 DAYS FOLLOWING THE COMMENCEMENT OF MONITORING, YOU AGREE TO PAY A $25.00 FEE FOR EACH SERVICE CALL UNDER WARRANTY. If You do not purchase the V.I.P. Service Plan, Your limited warranty will be ninety (90) days. The Camera System is not included in the V.I.P. Service Plan and has a limited warranty of ninety (90) days. Following of the expiration of Your warranty, You will pay Our standard parts and labor charges for all repair calls.

**3.2.** HOW TO GET SERVICE: CALL OUR CUSTOMER SERVICE DEPT. WE WILL PROVIDE SERVICE DURING OUR NORMAL SERVICE HOURS EXCLUDING HOLIDAYS. SERVICE IS AVAILABLE AT OTHER TIMES AT OUR PREMIUM LABOR RATE.

**3.3.** WHAT IS NOT INCLUDED: BATTERIES, FIRE ALARM TESTS, INSPECTIONS AND/OR REPAIRS THAT ARE DUE TO AN ACCIDENT, YOUR MISUSE, FAILURE TO PROPERLY MAINTAIN, OR UNAUTHORIZED REPAIRS OR CHANGES TO THE SYSTEM. AT YOUR REQUEST WE WILL PROVIDE SUCH REPAIRS AT OUR PREVAILING RATES. IF ANY CHANGES TO THE SYSTEM ARE REQUIRED AFTER IT IS INSTALLED, YOU AGREE TO PAY OUR STANDARD PARTS AND LABOR CHARGES FOR SUCH CHANGES.

**3.4.** TO THE EXTENT PERMITTED BY LAW, AND UNLESS PROHIBITED BY LAW, WE MAKE NO OTHER EXPRESS OR IMPLIED WARRANTY INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. WE DO NOT WARRANT THAT THE SYSTEM WILL ALWAYS DETECT OR PREVENT, ANY INTRUSION, FIRE, OR OTHER EMERGENCY. WE HAVE NO CONTROL OVER RESPONSE TIME OF EMERGENCY SERVICES OR OTHER PERSONS. WE DO NOT WARRANT THAT THE SYSTEM CANNOT BE DEFEATED, BYPASSED OR COMPROMISED OR THAT IT WILL ALWAYS OPERATE. TO THE EXTENT PERMITTED BY LAW, AND UNLESS PROHIBITED BY LAW, (A) ALL WARRANTIES ARE LIMITED IN DURATION TO THE TERM OF THIS AGREEMENT AND (B) WE ARE NOT LIABLE FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES.

**3.5.** STATE LAW: THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

**4. RECEIPT OF COPY.** You acknowledge that You have received a completed copy of this Agreement and any Addenda, and two copies of the Notice of Cancellation and that You have read them before signing on page one.

**5. SYSTEM MONITORING SERVICE; RESPONSE.** We shall connect the System(s) to Our Center. We use enhanced-call, verification for processing burglar alarm signals, wherein We will first try to contact You at Your Pre-Dispatch Verification Phone Number, and if there is no answer, We will call Your 2nd Call Verification Number. If there is no answer to either of these calls or the person contacted indicates that an emergency exists, We will attempt to notify the appropriate emergency personnel ("Authority"). We will also attempt to contact one of Your Emergency Contacts to advise them that the Authority has been notified. When a fire or medical emergency alarm signal is received, We will first try to contact You at Your Pre-Dispatch Verification Phone Number, and if there is no answer, or the person contacted indicates that an emergency exists, We will attempt to notify the Authority. We will also attempt to contact one of Your Emergency Contacts to advise them that the Authority has been notified. When a panic alarm signal is received, We will try to contact You at Your Pre-Dispatch Verification Phone Number, and if there is no answer, or the person contacted indicates that an emergency exists, We will attempt to notify the Authority. If a hold-up/duress alarm signal is received, Our only call will be to attempt to notify the Authority. We will not attempt to notify You or any of Your Emergency Contacts for panic or hold-up/duress alarm signals. If We receive an abort message from an Emergency Contact or from the System; We will not notify the Authority of the alarm. If We receive an abort message after notifying the Authority, We will attempt to rescind the notification. If the Authority has a non-response policy or requires verification of the alarm before responding, the Center will not notify the Authority but shall only attempt to notify You, an Emergency Contact, and/ or a guard service if You are required to subscribe to such a service. If You, Your Emergency Contact or the guard service advises the Center that an emergency condition exists, the Center will attempt to notify the Authority. When a non-emergency signal is received, the Center will attempt to contact You or the first Emergency Contact but will not notify the Authority. THE MEDICAL EMERGENCY FEATURE OF THE SYSTEM CAN ONLY BE ACTIVATED MANUALLY. THERE ARE ALTERNATIVES AVAILABLE TO YOU SUCH AS 911 EMERGENCY SERVICE. Upon notice to You, We may modify or discontinue any monitoring or response service due to governmental or insurance requirements. The above procedures are subject to modification or revision at Our discretion. Except as required to provide the services that You have selected, We will not otherwise monitor Your Premises.

**5.1 GUARD SERVICE:** If the Authority requires verification of an emergency by a guard service You agree to subscribe to such service. We may charge an additional Monthly Service Fee for such service. You agree to pay Us a $25.00 fee each time We dispatch the guard service and the signal is determined to be a false alarm ("False Alarm Dispatch"). You agree to pay Us the costs We incur for every False Alarm Dispatch in excess of two (2) such dispatches in any rolling twelve (12) month period.

**5.2. CAMERA SYSTEMS:** If You have purchased a camera system and associated video storage (the "Camera System"), such service will be provided by a subcontractor that will provide specialized video security services. Any capture, use, storage, transmission, or destruction of video events and/or alerts pertaining to the Camera System is conducted solely by such third party. The fee for video services is included in the Monthly Service Fee. You agree that the video services are distinct from the monitoring of the System. The video services are expressly limited to (i) viewing real time events, (ii) recording and playback of events captured by the Camera System, and (iii) receiving alerts via Your web-connected device(s). WE DO NOT MONITOR THE VIDEO FEED FROM THE CAMERA SYSTEM. WE WILL NOT RECEIVE SIGNALS OR IMAGES FROM THE CAMERA SYSTEM, AND CANNOT DISPATCH ANY AUTHORITY IN RESPONSE TO ANY SIGNAL FROM THE CAMERA SYSTEM. You agree that (a) We need to access Your computer to program the Camera System, (b) Your computer network will not be operational during installation, (c) You will need to have or obtain a compatible wireless router, and (d) We are not responsible for the security of images or data stored on Your device or Your network.

**5.3. CARBON MONOXIDE:** If We receive a signal from a carbon monoxide detector, We will attempt to call the Premises. If We do not receive a response, We will call the Authority and an Emergency Contact. YOU UNDERSTAND THAT IN RESPONSE TO AN ALARM, THE AUTHORITY MAY FORCIBLY GAIN ENTRY TO THE PREMISES. WE EXPRESSLY DISCLAIM ANY RESPONSIBILITY FOR ANY DAMAGES CAUSED BY THE AUTHORITY.

**5.4. WATER SENSING DEVICES.** To the extent permitted by law, and unless prohibited by law, We disclaim any responsibility for the design and/or functioning of the water sensing device(s), and We do not warrant that the water sensing device(s) will provide the desired notification.

**5.5. Z-WAVE SERVICES.** If You have purchased products compatible with the Z-Wave technology (the "Z-Wave System") and the associated Z-Wave Automation or Z-Wave Enhanced service (the "Z-Wave Service"), the Z-Wave Service will be provided solely by a subcontractor. You agree that the Z-Wave System and Z-Wave Service are distinct from the monitoring of the System, and the Z-Wave Service is limited to providing You with the ability to (i) remotely lock and unlock Your doors, (ii) create automatic light schedules and/or control Your lights, (iii) remotely, and (iv) if Z-Wave Enhanced service is selected, receive certain email and text alerts via Your web-connected device(s). The fee for the Z-Wave Service is included in the Monthly Service Fee. The Z-Wave System is not included in the V.I.P. Service Plan and has a limited warranty of ninety (90) days. Light control and thermostat products included in the Z-Wave System must be connected to a constant electrical power source not controlled by a switch. We will not receive any signals from the Z-Wave System and We will not notify any Authority in response to any signals or alerts transmitted by the system to operate after the installation of the Z-Wave System.

**6. TRANSMISSION LINES.** The System includes a panel that sends signals to the Center through a telephone, cellular and/or other communication service ("Communication Services"). You will pay for all charges associated with the Communication Services. We recommend the use of an RJ31X or equivalent telephone jack to give the System priority over other telephones. When the System is activated, You will be unable to use Your telephone to make other calls. You may wish to have the System connected to a second Communication Service. If Your Communication Service is not working, signals cannot be transmitted to the Center. If required by government regulation, We may discontinue the use of one Communication Service and substitute another. Cellular or radio transmissions may be impaired or interrupted by weather, power failures or other conditions beyond Our control. You understand that You will not have any property rights to the telephone number assigned to the cellular or radio system. You agree to pay for any costs to reprogram the panel because of area code or other dialing pattern changes. The use of DSL, BPL, VoIP or other Internet-based telephone service may prevent the System from transmitting signals to the Center and/or interfere with the telephone line-seizure feature of the System, even if an RJ31X jack is installed. Such services should only be installed on a telephone number that is not used for alarm signal transmission. You will notify Us if You have installed DSL, VoIP, BPL or other Internet service. IMMEDIATELY AFTER INSTALLATION OF SUCH SERVICE YOU MUST TEST THE SYSTEM'S COMMUNICATION.

**7. FALSE ALARMS.** You agree to avoid causing false alarms. Severe weather or other forces beyond Our control can cause false alarms. We may terminate this Agreement if We receive too many false alarms. You will pay any false alarm fine, penalty or fee levied against You or Us.

**8. CUSTOMER'S DUTIES.** You agree to comply with the System's User Guide/Owner's Manual, which is a part of this Agreement. If there are any inconsistencies between this Agreement and the System User's Guide/Owner's Manual, this Agreement will control. You are responsible for the proper use and testing of the System. The System consists of components that are subject to aging and could possibly fail at any time. You will test the System with the Center in accordance with manufacturer's instructions at least monthly and have the System tested by a qualified service technician at least annually. If the System includes motion detectors, You will turn off, control, relocate or remove all things such as HVAC systems, furniture, pets, and other such items that might interfere with such devices when they are turned on. You will notify Us if a problem occurs with the System. You will notify Us of any changes to the Emergency Contact Information. You will, at Your expense, maintain all licenses, permits or other requirements for the operation of the System. YOU MUST NOTIFY US THIRTY (30) DAYS PRIOR TO MOVING THE SYSTEM TO ANOTHER LOCATION. YOU MAY BE CHARGED A FEE OF UP TO $35.00 IF MOVING THE SYSTEM REQUIRES US TO CHANGE YOUR EMERGENCY CONTACT INFORMATION.

**9. SUSPENSION, TERMINATION AND DEFAULT.** If You terminate this Agreement during the initial term (other than for our breach of this Agreement, or pursuant to Section 11), You will pay the early termination fee of $750. The early termination fee is not a penalty, but rather liquidated damages. We may discontinue service, terminate this Agreement and recover all damages to the extent permitted by law if (i) You do not make any payment when due and We have given You ten (10) days' notice for such longer period required by applicable law), (ii) Your System repeatedly generates false alarms, (iii) You abuse Our staff, (iv) events beyond Our control affect the operation of Our Center or damage the Premises such that continuing service becomes impractical; (v) there is an interruption of the Communication Services between the System and Our Center or between Our Center and the Authority; (vi) We are unable to provide service because of governmental regulation, and/or (vii) at any time with prior notice to You or any other advance notice that may be required by applicable law. If service is cancelled or this Agreement terminates, We will remotely disconnect the panel from the Center and/or enter Your Premises to disconnect the System from the Center. You will pay our then-prevailing reconnection fee if service is suspended for nonpayment. If We terminate this agreement for nonpayment or other default by You, You agree to pay all amounts previously invoiced in addition to the above early termination fee and, to the extent permitted by law and unless prohibited by, Our actual cost of collection, including attorneys' fees, if this matter is referred to collection. To the extent permitted by law, and unless prohibited by law, We may impose a one-time late charge on each payment that is more than thirty (30) days past due, up to the maximum amount permitted by law, but in no event will this amount exceed $5.00. The provisions of this Agreement that apply to any claim or suit will survive the cancellation or termination of this Agreement. To the extent permitted by law, and unless prohibited by law, You agree to pay Us $15.00 (or such lesser amount permitted by applicable law) any time Your check, credit card charge, or ACH debit is returned to Us whether for lack of funds or otherwise. You understand that the obligations under this Agreement continue even if You sell or leave the premises. In certain jurisdictions, We may be required to give You notice before We may suspend or cancel Your services.

**10. ASSIGNEES AND SUBCONTRACTORS.** We may assign this Agreement without notice to You. Upon assignment, We will be relieved of any further obligations hereunder. Without Our consent, You may not assign this Agreement (including to someone who purchases or rents the Premises). We may use subcontractors or vendors to provide the services hereunder. This Agreement and particularly Section 2, shall apply to all such services, and shall apply to them in the same manner as it applies to Us. You do not have any contractual relationship with Our subcontractors or vendors, and You are not a third-party beneficiary of Our agreements.

**11. PRICE CHANGES.** After the initial term, We may increase the Monthly Service Fee, without notice, by an amount equal to the increase in the Consumer Price Index (the "CPI") (all cities, all items) during the initial term. To the extent permitted by law, unless prohibited by law, for each year following the initial term We may, without notice, increase the Monthly Service Fee by an amount equal to the percentage increase in the CPI for the prior calendar year. Notwithstanding the foregoing, whenever We may increase the Monthly Service Fee, We may do so in excess of CPI, provided that We notify You of the proposed increase in writing no later than forty-five (45) days before such increase. For the twenty (20) day period following Your receipt of such notice, You may terminate this Agreement as of the effective date of such increase by providing Us with written notice. If We ultimately elect not to increase rates in excess of the CPI allowance, You may not terminate this Agreement.

**12. LIMITATION ON LAWSUITS; JURY WAIVER.** Except for collection actions instituted by Us, no legal proceeding connected with this Agreement shall be filed more than one (1) year after the incident giving rise to the claim. UNLESS PROHIBITED BY LAW, BOTH PARTIES HEREBY WAIVE ANY RIGHT TO JURY TRIAL.

**13. INFORMATION AND PRIVACY.** You agree We may monitor and/or record video and audio related to the System, as well as conversations with You. You understand that privacy cannot be guaranteed on any communication system, and We will not be liable to You for any claims, loss, damages or costs which may result from a lack of privacy. You consent to Us (i) using information about You, the System and the Premises ("Information") to administer services, offer new products or services, enforce this Agreement, prevent fraud and respond to legal requirements, (ii) providing Information to the Authority for purposes of providing services or in response to legal process, and (iii) using and sharing non-identifying aggregate customer information and statistics.

**14. ENTIRE AGREEMENT:** This Agreement, the SIA, the User Guide/Owner's Manual and any applicable addenda constitute the entire agreement between You and Us. It replaces any earlier or contemporaneous oral or written understandings or agreements. You may not amend or modify this Agreement with any restrictive endorsements (such as "paid in full"), releases, or other statements on or accompanying checks or other payments accepted by Us, and any such notations shall have no legal effect. THIS AGREEMENT MAY NOT BE CHANGED BY ANY ORAL STATEMENTS MADE BY US OR BY OUR REPRESENTATIVES. This Agreement shall not be construed against the preparer of the Agreement. The terms and conditions of this Agreement apply to any work done for You in the future with respect to the Premises and the System.

**15. SEVERABILITY; INTERPRETATION.** If any provision of this Agreement is invalid or illegal (or renders the Agreement void or voidable), the remaining provisions shall remain in effect, and the offending provision shall be deemed to be removed or modified to make such provision enforceable, consistent with applicable law and the intent of the parties. Nothing contained in this Agreement is intended to be a waiver of any rights You may be specifically entitled to (under applicable law that are not waivable, or to contain any provision that is prohibited by law. This Agreement shall be governed by the laws of the state where the Premises is located.

**16. ELECTRONIC MEDIA.** You agree that We may scan, image or otherwise convert this Agreement into an electronic format of any nature. You also agree that a copy of this Agreement produced from such electronic format is legally equivalent to the original for any and all purposes, including litigation.

**17. CREDIT REPORT AND FACT ACT DISCLOSURE.** You authorize Us to investigate independently and/or share Your credit record, and to report Your payment performance under this Agreement to credit agencies and credit reporting services. A credit report is a record of Your credit history. It includes information about whether You pay Your bills on time and how much You owe to creditors.

We used information from Your credit report(s) to set the terms of the sale We are offering You, such as whether You must supply a security deposit or whether You are subject to minimum purchase requirements. The terms offered to You may be less favorable than the terms offered to consumers who have better credit histories.

As required by law, You are hereby notified that a negative credit report reflecting on Your credit record may be submitted to a credit reporting agency if You fail to fulfill the terms of your credit obligations.

You have a right to dispute any inaccurate information in Your credit report(s). If You find mistakes on Your credit report(s), contact one of the credit reporting agencies listed below. We use these consumer reporting agencies to obtain Your credit report(s). It is a good idea to check Your credit report(s) to make sure the information it/they contain(s) is accurate.

Under federal law, You have the right to obtain a copy of Your credit report(s) without charge for 60 days after You receive this notice. To obtain Your free report(s), contact:

| Equifax | NCAC | TransUnion |
|---|---|---|
| P.O. Box 740256 | P.O. Box 9556 | Customer Disclosure Center |
| Atlanta, GA 30374 | Allen, TX 75013 | TransUnion Consumer Relations |
| 1-800-685-1111 | 1-888-397-3742 | P.O. Box 2000, Chester, PA 19022-2000 |
| www.equifax.com | www.experian.com | 1-800-916-8800, www.transunion.com |

For more information about credit reports and Your rights under federal law, visit the Federal Reserve Board's web site at www.federalreserve.gov, or the Federal Trade Commission's web site at www.ftc.gov. Neither Our firm, an Authorized Guardian Dealer, nor Guardian Protection Services is responsible for creating Your credit report(s) or establishing Your credit score, therefore We