Clarice Tuck
1600 E. Vista Way #110
Vista, CA, 92084
Ph: 760-724-9439

In Pro Se

FILED
DEC 23 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARICE TUCK, <br><br> Plaintiff, <br><br> GUARDIAN PROTECTION SERVICES, INC., <br><br> Defendant. | CASE NO. 15-CV-1376-JLS(JLB) <br><br> **NOTICE OF MOTION TO STRIKE** <br><br> Date: January 21, 2016 <br> Time: 1:30 p.m. <br> Ctrm: 4A <br> Judge: Hon. Janis L. Sammartino |

COMES NOW, CLARICE TUCK, Plaintiff In Pro Se in the above-entitled case and hereby files with the honorable court the following *Notice of Motion to Strike*.

Oral arguments on this *Motion* are set to be heard on this court's Docket Sheet scheduled for Thursday, January 21, 2016, at 1:30 p.m. in courtroom 4A.

Respectfully submitted,

Dated this 23rd day of December 2015     *Clarice Tuck*

CLARICE TUCK, Plaintiff In Pro Se

-1-

1  Clarice Tuck v. Guardian Protection Serives, Inc.,
2  United States District Court Case No. 15-CV-1376-JLS(JLB)

## CERTIFICATE OF SERVICE

I, Roy E. Tuck, the undersigned declare under the penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served Guardian Protection Services, Inc. the following documents:

- **NOTICE OF MOTION TO STRIKE**

By placing copies of the above-described documents filed with this court in a separate envelope, with postage fully pre-paid, for each address named below and deposited each in the U.S. mail.

*Attorneys for Defendant, Guardian Protection Services, Inc.,*

Robert M. Linn (State Bar # 190387)
rlinn@cohenlaw.com
COHEN & GRIGSBY, P.C.
625 Liberty Avenue
Pittsburg, PA 15222-4900
Ph:  (412) 297-4900
Fax: (412) 209-0672

Executed on this 23rd day of December 2015 by _____
                                                  ROY TUCK

-2-

NOTICE OF MOTION TO STRIKE                                    15-CV-1376-JLS(JLB)

Clarice Tuck
1600 E. Vista Way #110
Vista, CA, 92084
Ph: 760-724-9439

In Pro Se

FILED
DEC 23 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            a cc DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARICE TUCK, <br><br> Plaintiff, <br><br> GUARDIAN PROTECTION SERVICES, INC., <br><br> Defendant. | CASE NO. 15-CV-1376-JLS(JLB) <br><br> **MOTION TO STRIKE** <br><br> Date:  January 21, 2016 <br> Time:  1:30 p.m. <br> Ctrm:  4A <br> Judge: Hon. Janis L. Sammartino |

COMES NOW, CLARICE TUCK, Plaintiff In Pro Se in the above-entitled case and hereby files with the honorable court the following Motion to Strike.

1.  For all of the reasons set forth in Plaintiff's Memorandum of Points and Authorities in Support of Motion to Strike herewith personally filed by this 87 year old In Pro Se Plaintiff with this honorable 9th Circuit Court.

2.  Defendant GUARDIAN PROTECTION SERVICES, INC., ("GPS") by and thru their attorneys of record, Cohen & Grigsby, P.C., are presently attempting to enter into evidence at this 11th hour, erroneous documents that this 87 year In Pro Se Plaintiff has never {ever} seen, initialed, signed, or been privy to an explanation to, in detail or otherwise.

3.  This Court should not tolerate an utterly frivolous motion such as this filed by GUARDIAN PROTECTION SERVICES, INC., <u>a party who does not wish to have their extensive nation-wide illegal activities exposed</u>.

-1-

MOTION TO STRIKE                                              15-CV-1376-JLS(JLB)

-2-

1  ACCORDINGLY, Plaintiff CLARICE TUCK respectfully requests
2  this Honorable Court to *enter* the attached Order Striking Defendant GPS's
3  <u>Exhibit A, Document 19-2, Page 3 of 3 filed 12/03/15 and</u>
4  <u>Exhibit B, Document 19-3, Page 3 of 3 filed 12/03/15</u> completely and entirely
5  from Defendant's Notice of Motion to Dismiss for Failure to State a Claim.

10                                              Respectfully submitted,

12  Dated this 23rd day of December 2015    *Clarice Tuck*
13                                              CLARICE TUCK, Plaintiff In Pro Se