# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE    Janis L. Sammartino

| FROM: A. Corsello, Deputy Clerk | RECEIVED DATE: December 23, 2015 |
|---|---|
| CASE NO. 15-cv-01376-JLS-JLB | DOC FILED BY: Clarice Tuck |
| CASE TITLE: Tuck v. Guardian Protection Services, Inc. et al ||
| DOCUMENT ENTITLED: Affidavit by Roy E. Tuck ||

Upon the submission of the attached document(s), the following discrepancies are noted:

Supplemental documents require court order;

Date Forwarded:   December 23, 2015

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  January 4, 2016           CHAMBERS OF:  Janis L. Sammartino

cc: All Parties                  By: /s/ SAD