UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARICE TUCK,<br><br>                                    Plaintiff,<br><br>v.<br><br>GUARDIAN PROTECTION SERVICES, INC.; CHARLES D. SCHOLZ Division Council; and DOES 1-25,<br><br>                                    Defendants. | Case No.:  15-CV-1376 JLS (JLB)<br><br>**ORDER VACATING HEARING**<br><br>(ECF Nos. 18, 19, 23) |

Presently before the Court are Defendant Guardian Protection Services, Inc.'s Motion to Strike (ECF No. 18), Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 19), and Plaintiff Clarice Tuck's Motion to Strike (ECF No. 23).  The Court **HEREBY VACATES** the hearing on the motions scheduled for January 21, 2016 at 1:30 p.m. and takes these matters under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated:  January 19, 2016

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1