# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARICE TUCK,<br><br>                          Plaintiff,<br><br>v.<br><br>GUARDIAN PROTECTION SERVICES, INC.,<br><br>                         Defendant. | Case No.: 15-CV-1376 JLS (JLB)<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>(ECF No. 32) |

Presently before the Court is Defendant Guardian Protection Services, Inc.'s, Motion to Dismiss for Failure to State a Claim. (ECF No. 32.) A hearing on the Motion is scheduled for March 31, 2016 at 1:30 p.m. Plaintiff **SHALL FILE** a response on or before March 10, 2016. Defendant **SHALL FILE** a reply, if any, on or before March 17, 2016.

**IT IS SO ORDERED.**

Dated: February 17, 2016

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge