UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARICE TUCK,<br><br>                          Plaintiff,<br><br>v.<br><br>GUARDIAN PROTECTION SERVICES, INC.; CHARLES D. SCHOLZ Division Council; and DOES 1-25,<br><br>                         Defendants. | Case No.: 15-CV-1376 JLS (JLB)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 32) |

    Presently before the Court is Defendant Guardian Protection Services, Inc.'s Motion to Dismiss for Failure to State a Claim. (MTD, ECF No. 32.) The Court **HEREBY VACATES** the hearing on the MTD scheduled for March 31, 2016 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

    **IT IS SO ORDERED.**

Dated: March 24, 2016

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge