Robert M. Linn (State Bar # 190387)
rlinn@cohenlaw.com
COHEN & GRIGSBY, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152
Phone: (412) 297-4900
Fax: (412) 209-0672

Attorneys for Defendant
Guardian Protection Services, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| CLARICE TUCK, | CASE NO. 15-CV-1376-JLS(JLB) |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF MOTION TO STRIKE THIRD AMENDED COMPLAINT** |
| GUARDIAN PROTECTION SERVICES, INC., | |
| Defendant. | Date: January 5, 2017<br>Time: 2:30 p.m.<br>Ctrm: 4A<br>Judge: Hon. Janis L. Sammartino |

Defendant Guardian Protection Services, Inc. ("Defendant"), by and through its attorneys, Cohen & Grigsby, P.C., files the following Notice of Motion to Strike Portions of the Third Amended Complaint in this action filed by Plaintiff Clarice Tuck ("Plaintiff"). Oral argument on this Motion has been scheduled for Thursday, January 5, 2017 at 2:30 PM in Courtroom 4A.

-1-

1

2

3  Dated: October 21, 2016

4
                                          Respectfully submitted,
5
                                          COHEN & GRIGSBY, P.C.
6

7                                         By: s/ Robert M. Linn
                                          Robert M. Linn (SBN 190387)
8                                         625 Liberty Avenue
9                                         Pittsburgh, PA 15222-3152
                                          rlinn@cohenlaw.com
10                                        (412) 297-4900
11                                        (412) 209-0672 (fax)

12                                        Attorneys for Defendant,
13                                        Guardian Protection Services, Inc.

14

15  2358762.v1

16

17

18

19

20

21

22

23

24

25

26

27

28                                        -2-

Clarice Tuck v. Guardian Protection Services, Inc.
United States District Court Case No. 15-CV-1376-JLS(JLB)

## CERTIFICATE OF SERVICE

I, Robert M. Linn, hereby certify that I caused to be served upon the Plaintiff a copy of the following document:

- **NOTICE OF MOTION TO STRIKE**

via U.S. Mail, First Class, at Plaintiff's last reported address as follows:

Clarice Tuck
1600 E. Vista Way #110
Vista, CA 92084

Executed on **October 21, 2016**, in Pittsburgh, Pennsylvania.

                                                                 s/ Robert M. Linn
                                                                 Robert M. Linn

1  Robert M. Linn (State Bar # 190387)
   rlinn@cohenlaw.com
2  COHEN & GRIGSBY, P.C.
   625 Liberty Avenue
3  Pittsburgh, PA 15222-3152
   Phone: (412) 297-4900
4  Fax: (412) 209-0672

5  Attorneys for Defendant
   Guardian Protection Services, Inc.
6

7
                    UNITED STATES DISTRICT COURT
8              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
9

10

11 CLARICE TUCK,                    )   CASE NO. 15-CV-1376-JLS(JLB)
12                                  )
                                    )
13              Plaintiff,           )
                                    )   **MOTION TO STRIKE**
14      v.                           )
                                    )
15                                  )
   GUARDIAN PROTECTION              )   Date:   January 5, 2017
16 SERVICES, INC.,                  )   Time:   2:30 p.m.
                                    )   Ctrm:   4A
17              Defendant.           )   Judge:  Hon. Janis L. Sammartino
18                                  )
                                    )
19                                  )

20

21

22     Defendant Guardian Protection Services, Inc. ("Defendant"), by and through its

23 attorneys, Cohen & Grigsby, P.C., files the following Motion to Strike in this action

24
   filed by Plaintiff Clarice Tuck ("Plaintiff").
25

26

27

28                                    -1-

MOTION TO STRIKE                                              15-CV-1376-JLS(JLB)

1. For all of the reasons set forth in Defendant's Memorandum of Points and Authorities in Support of Motion to Strike, filed contemporaneously herewith, Plaintiff's Third Amended Complaint contains scandalous, immaterial and impertinent matter.

2. Accordingly, Defendant respectfully requests that this Honorable Court enter the attached order striking paragraph 11 and Exhibits B and C of Plaintiff's Third Amended Complaint as well as all references to 15 U.S.C. § 1692, including those in Paragraphs 1, 17, 18, and 23 pursuant to Federal Rule of Civil Procedure 12(f).

Dated: October 21, 2016

    Respectfully submitted,

    COHEN & GRIGSBY, P.C.

    By: s/ Robert M. Linn
    Robert M. Linn (SBN 190387)
    625 Liberty Avenue
    Pittsburgh, PA 15222-3152
    rlinn@cohenlaw.com
    (412) 297-4900
    (412) 209-0672 (fax)

    Attorneys for Defendant,
    Guardian Protection Services, Inc.

2358764.v1

-2-

Clarice Tuck v. Guardian Protection Services, Inc.
United States District Court Case No. 15-CV-1376-JLS(JLB)

## CERTIFICATE OF SERVICE

I, Robert M. Linn, hereby certify that I caused to be served upon the Plaintiff a copy of the following document:

- **MOTION TO STRIKE**

via U.S. Mail, First Class, at Plaintiff's last reported address as follows:

Clarice Tuck
1600 E. Vista Way #110
Vista, CA 92084

Executed on **October 21, 2016**, in Pittsburgh, Pennsylvania.

                                                    */s/ Robert M. Linn*
                                                    Robert M. Linn